Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place 5th Fl
San Francisco CA 94133
415-362-2221
Email: shedoesbklaw@aol.com
 &
Jennifer McMenomy, NV SBN 14239
McMenomy Law
100 Vine Street
Reno NV 89503
775-525-8850
Email: Jennifer@mcmenoylaw.com

Attorneys for Creditor Todd Herrold

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

[Reno Division]

| In re: Michael Sheldon | No.  Case No.: 25-50189 hlb |
|---|---|
| Debtor | [Chapter 7] |
| | **General Objection to All Exemptions Claimed by Michael Sheldon, Debtor** |

TO THIS HONORABLE COURT, AND TO MICHAEL SHELDON, DEBTOR, AND

HIS ATTORNEY OF RECORD, AND ALL INTERESTED PARTIES: PLEASE TAKE

NOTICE THAT TODD HERROLD, CREDITOR, THROUGH HIS ATTORNEY OF RECORD

HEREBY objects to the Debtor's claimed exemptions due to a lack of sufficient information to

determine the validity and applicability of each exemption.

Mr. Herrold is informed and believes and hereon alleges that Mr. Sheldon's exemptions,

as identified, and the property to which he applies those exemptions may involve improper

1  valuation, absence of transparency, and possible bad faith.

2       Creditor objects generally to the Debtor's claimed exemptions, each in their entirety, and

3  reserves the right to supplement the within objections, as timely as possible, to set forth in greater

4  detail each ground and the exemption to which the ground applies.

5       Creditor reserves the right to supplement this objection with specific details upon further

6  review.

7  Dated:  May 8, 2025                        Respectfully submitted:

8                                       By:  /s/ Sheila Gropper Nelson

9                                   Sheila Gropper Nelson

10                                   Resolution Law Firm P. C.

11                                   Attorney for Creditor