Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place 5th Fl
San Francisco CA 94133
415-362-2221
Email: shedoesbklaw@aol.com
 &
Jennifer McMenomy, NV SBN 14239
McMenomy Law
100 Vine Street
Reno NV 89503
775-525-8850
Email: Jennifer@mcmenoylaw.com

Attorneys for Creditor Todd Herrold

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

[Reno Division]

| | |
|---|---|
| In re: Michael Sheldon<br><br>Debtor | No.  Case No.: 25-50189 hlb<br><br>[Chapter 7]<br><br>**Motion to Extend Time to File Complaint**<br><br>**Hearing Date: July 15, 2025**<br>**Time:**         **1:30 p.m.**<br>**Place:**        **Honorable J.L. Barnes** |

TO THIS HONORABLE COURT, AND TO MICHAEL SHELDON, DEBTOR, AND HIS ATTORNEY OF RECORD, AND ALL INTERESTED PARTIES: PLEASE TAKE NOTICE THAT TODD HERROLD, CREDITOR, THROUGH HIS ATTORNEYS OF RECORD HEREBY Moves for an extension of time within which to file a complaint to deny the discharge of Michael Sheldon and /or the Dischargeability of the obligations owed by Michael

Motion to Extend Time to File Complaint: 25-50189        1

Sheldon to Creditor Todd Herrold.

The motion of Todd Herrold (the "Creditor") respectfully represents:

1. On March 6, 2025, Debtor Michael Sheldon (the "debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code in the above-entitled Court (Case No. 25-50189).

2. Debtor listed Mr. Herrold as a creditor on his Summary of Assets and Liabilities form filed with this Court on March 20, 2025. (Dkt. No 13)

3. Counsel for Creditor has been admitted pro hac vice by the Court as of May 14, 2025 (Dkt. No. 26), and had appeared at the first meeting of creditors held on or about April 9, 2025.

3. Debtor has recently amended his schedules A-F as of May 29, 2025 (Dkt. No. 29).

4. Pursuant to the general provision of Bankruptcy Rule 4004(a), the time for filing a complaint objecting to the debtors' discharge was originally set for June 9, 2025 and an original date for the 341 meeting of the debtor was set for April 9, 2025.

5. This is the deadline set by the court for the filing of an adversary complaint. This motion is timely.

6. Mr. Sheldon self-identifies as the sole owner of three other entities which all filed Chapter 7 bankruptcies on the same date listing the same attorneys as record. Case Number 25-50186, 25-50187, and 25-50188. The first meetings of creditors in each of those "companion" bankruptcies are scheduled to occur on July 3, 2025.

7. Because of the newly amended schedules, those later scheduled first meeting of creditors in cases directly aligned with Mr. Sheldon, together with other information Creditor/Movant requests a brief extension of time in order to complete an investigation, Movants request additional time to demand either a zoom supported 2004 examination and/or written 2004 requests prior to making a determination whether to file a complaint to deny discharge of the debt that Debtor has failed to identify in his schedules.

8. An extension of time within which to file a complaint to object to debtor's Discharge, pursuant to both 11USC Section 523 and 11 USC Section 727 will allow for an

Motion to Extend Time to File Complaint: 25-50189       2

efficient use of the Court's time and resources to allow for a fuller investigation prior to bringing an adversary action. Creditor request an extension of time of not less than 60 days after the conduct of the first meeting of creditors in the above referenced companion cases to allow for an efficient and cost reducing use of time and resources for all concerned including the Court and Debtor.

      WHEREFORE Movants prays for an order extending the time in which Movant may file a complaint, pursuant to either 11 USC Section 523 and/or 11 USC Section 727, objecting to the discharge of debtor and for such other and further relief as the Court deems proper.

      Creditor reserves the right to supplement this request if necessary.

Dated:  June 6, 2025

Respectfully submitted:
By:  /s/ Sheila Gropper Nelson
Sheila Gropper Nelson
Resolution Law Firm P. C.
Attorney for Creditor

Motion to Extend Time to File Complaint: 25-50189        3