

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 10, 2025

_____

LAW OFFICES OF AMY N. TIRRE, APC
AMY N. TIRRE, ESQ.  #6523
1495 Ridgeview Drive, Suite 90
Reno, NV 89519
Telephone: (775) 828-0909
Facsimile: (775) 828-0914
E-mail:  amy@amytirrelaw.com

*Counsel for Roger and Yvonne Dunfield*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. 25-50189-hlb |
|---|---|
| MICHAEL SHELDON, | Chapter 7 |
| Debtor. | **ORDER TERMINATING AUTOMATIC STAY REGARDING MONTH-TO-MONTH TENANCY OF 840 NORTHWOOD BLVD., INCLINE VILLAGE, NV  89451** |
| | Hearing Date:   N/A<br>Hearing Time:   N/A<br>Est. Hearing Time: N/A |

  The Court, having reviewed the *Declaration of Amy N. Tirre, Esq. in Support of Entry of Order Terminating the Automatic Stay Regarding Month-to-Month Tenancy of 840 Northwood Blvd., Incline Village, NV  89451*, filed on July 9, 2025, which was filed pursuant to a default under the *Stipulation Between Debtor and Residential Landlords for Termination of the Automatic Stay Regarding Month-to-Month Tenancy of 840 Northwood Blvd., Incline Village, NV  89451* filed on June 30, 2025 (ECF 37) ("Stipulation") and the *Order Approving Stipulation Between Debtor and Residential Landlords for Termination of the Automatic Stay Regarding Month-to-Month Tenancy of 840 Northwood Blvd., Incline Village, NV  89451* entered on July 1, 2025 (ECF 38) ("Order"),

and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The automatic stay under 11 U.S.C. § 362(a) is hereby terminated in favor of Roger and Yvonne Dunfield as Landlords for the residential premises located at 840 Northwood Blvd., Incline Village, NV 89451 so that they can proceed with their state law rights and remedies, including, but not limited to, eviction using a 5-day Notice to Quit for non-payment of rent.

2. IT IS FURTHER ORDERED THAT this Order shall be effective upon entry and will not be subject to the 14-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

3. IT IS FURTHER ORDERED THAT in the event the instant bankruptcy case is dismissed or converted, or the Debtor is given a discharge, this Order remains effective.

###