_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 11, 2025
_____

Sheila Gropper Nelson, SBN 85031
Resolution Law Firm P. C.
50 Osgood Place 5th Fl
San Francisco CA 94133
415-362-2221
Email: shedoesbklaw@aol.com
 &
Jennifer McMenomy, NV SBN 14239
McMenomy Law
100 Vine Street
Reno NV 89503
775-525-8850
Email: Jennifer@mcmenoylaw.com
Attorneys for Creditor Todd Herrold

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

[Reno Division]

| | |
|---|---|
| In re: Michael Sheldon | No.  Case No.: 25-50189 hlb |
| Debtor | [Chapter 7] |
| | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE A COMPLAINT** |
| | **Hearing Date:**   n/a<br>**Time:**          n/a<br>**Place:**         Honorable H.L. Barnes |

Order Granting  Motion to Extend Time to File Complaint: 25-50189     1

1   On June 6, 2025 Creditor Todd Herrold, through his attorney of record, duly noticed and served a Motion to Extend Time to File a Complaint, (ECF Nos. 30-31, & COS ECF No. 33 on 6/10/25), in the above captioned matter for hearing on July 15, 2025 at 1:30 p.m. before the Honorable Hilary L. Barnes presiding in 5th floor. U.S. Bankruptcy Court, District of Nevada, C. Clifton Young Federal Building, 300 Booth Street, Courtroom 2, Reno, NV 89509 or by remote hearing as identified on the Court's website.

The Court having considered the Motion to Extend Time to File Complaint, (ECF No. 30 - "Motion"), filed by Creditor Todd Herrold ("Movant") and having reviewed the docket in this bankruptcy case, the Court finds the Movant properly served the Motion, and no party timely opposed the relief requested. Based on the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that:

1   The Order is Granted:

2.   Todd Herrold shall have 60 days from the date of entry of the Notice of Entry of the Order within which to file a Complaint;

3.   Todd Herrold may seek an extension of such time on Noticed Motion, brought before the expiration of such time, or as the Court deems just.

### END OF ORDER ###

Order Granting Motion to Extend Time to File Complaint: 25-50189

2

<u>Court Service List</u>

Pursuant to FRBP 7005 and FRCP 5(b), I, _____, certify that I am an employee of_____, that I am over the age of 18 and not a party to the above-referenced case, and that on _____, 2025 the Order Granting the Motion to Extend Time to File a Complaint was served as indicated:

__x__ BY NOTICE OF ELECTRONIC FILING: through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

KEVIN A. DARBY kevin@darbylawpractice.com,

tricia@darbylawpractice.com;

mandie@darbylawpractice.com;

makayla@darbylawpractice.com;

atley@darbylawpractice.com

JENNIFER M. MCMENOMY jennifer@mcmenomylaw.com

SHEILA GROPPER NELSON shedoesbklaw@aol.com

BRADLEY G. SIMS trustee@trusteesims.com, bgs@trustesolutions.net

Offices of Amy N. Tirre, AMY N. TIRRE on behalf of Creditor Roger & Yvonne Dunfield amy@amytirrelaw.com, admin@amytirrelaw.com

U.S. TRUSTEE - RN - 7 USTPRegion17.RE.ECF@usdoj.gov

_____ BY HAND DELIVERY VIA COURIER: by causing hand delivery of the Document listed above via Reno Carson Messenger Service to the persons at the addresses set forth below.

_____ BY MAIL: by placing the document listed above in a sealed envelope with Postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on 30 June 2025, with postage thereon fully prepaid in the ordinary course of business.

Order Granting Motion to Extend Time to File Complaint: 25-50189       3